IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO.:20CR2015 KG

LUIS DANIEL RAMOS-PALOMINO,

    Defendant.

### ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

THIS MATTER is before the Court on Defendant Luis Daniel Ramos-Palomino's Unopposed Motion to File Objections to the Presentence Investigation Report (PSR). The government by and through Assistant U.S. Attorney, Bradley H. Bartlett, does not oppose this motion.

The Court having considered the motion, being fully advised in the premises grants the motion.

IT IS ORDERED that the Defendant has an additional thirty (30) days to file objections to the Presentence Investigation Report.

_____
UNITED STATES DISTRICT JUDGE